IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

N. HAZELLE HUBBARD,
  Plaintiff

V.             Civil Action No. 1:15-cv-00039

SULLINS ACADEMY, INC.,
  Defendant.

NOTICE OF DISMISSAL

  Comes now Plaintiff, N. Hazelle Hubbard, by counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, states that Defendant has not filed an answer or filed a motion for summary judgment.  Plaintiff voluntarily dismisses this action with full prejudice.

                N.HAZELLE HUBBARD
                By Counsel

CURCIO & STOUT
P.O. Box 1478
Bristol, Virginia  24203
276) 466-3377
276) 669-4032 (FAX)


By /s/  Edward G. Stout, VSB #21076
   Counsel for Plaintiff